**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JAMES J. BOYUK, JR.,           )
                                    )
                                    )
    Plaintiff,               )
                                    )
                                    )   Case No. 2:22-cv-00124-MJH
    v.                   )
                                    )
                                    )
PETROCHEM INSULATION, INC.,   )   ELECTRONICALLY FILED
                                    )
    Defendant.             )
                                    )

## UNOPPOSED MOTION FOR LEAVE TO ATTEND HEARING REMOTELY

NOW COMES, Defendant Petrochem, LLC ("Petrochem" or "Defendant") and respectfully moves to allow Defendant's Counsel to attend final approval hearing remotely.  In support of this Motion, Defendant states:

1.　　By Order filed March 6, 2023, the Court granted preliminary approval of the Class Action Settlement. (Doc. 17).

2.　　In the same Order, the final approval settlement hearing was scheduled to be held on July 31, 2023 at 10:00 A.M. in Court Room 8A.

3.　　Defendant respectfully requests that Richard L. Etter be permitted to attend the final approval hearing remotely due to a previously scheduled vacation to Ireland.

4.　　Plaintiff's counsel does not oppose this motion.

WHEREFORE Defendant respectfully asks that this Motion for Leave to Attend Remotely be granted.  A proposed Order is attached for the Court's convenience.

2

Date: July 13, 2023

Respectfully submitted,

OGLETREE DEAKINS

*/s/Richard L. Etter*
Richard L. Etter, Esq.
PA ID No. 92835
rick.etter@ogletree.com
One PPG Place, Suite 1900
Pittsburgh, PA 15222
Telephone:  412.394.3390
Fax:  412.232.1799

*Attorneys for Defendant Petrochem Insulation, Inc.*

2