IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JAMES J. BOYUK, JR., | : | |
| Plaintiff, | : | No. 2:22-cv-00124-MJH |
| v. | : | |
| | : | |
| PETROCHEM INSULATION, INC., | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION
OF THE SETTLEMENT CLASS, FINAL APPROVAL OF
THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 30-1, Plaintiff James J. Boyuk, Jr. ("Boyuk") and Defendant Petrochem Insulation, Inc. ("Petrochem") have agreed to settle this lawsuit on behalf of a 266-member class[1] of individuals who worked as hourly employees for Petrochem at the petrochemical facility located in Monaca, PA in any workweek from December 2, 2018 through October 25, 2020 (the "Class" or "Class Members").

In March 2023, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 27. The notice process is complete. *See generally* Declaration of Aisha Lange ("Lange Dcl.") (Doc. 30-2). ***None*** of the Class Members have submitted objections to the settlement, *id.* at ¶ 10, and only ***one*** (1) Class Member has requested to be excluded from the settlement, *id.* at ¶ 9.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a

---

[1] As discussed in the attached Memorandum of Law, *see* Doc. 31, since one (1) Class Member (Carlos R. Mendoza) submitted a request for exclusion from the settlement, the Class would be reduced to 265 members.

fairness hearing for July 31, 2023, *see* Doc. 27 at ¶ 6, and, in anticipation of the hearing, Boyuk respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 265 Class Members who have not excluded themselves from the settlement;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $7,500.00 service award to Boyuk;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $158,000.00 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Aisha Lange, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Boyuk, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: July 24, 2023                Respectfully submitted,

/s/ R. Andrew Santillo
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Timothy Conboy
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228

*Proposed Class Counsel*